ALVA AYERS, *Appellant,* v. HENRY B. HOPE, *Appellee.*

Opinion Filed February 3, 1914.

Rehearing Denied March 3, 1914.

An appeal entered in the Court Minute Book, and not in the Chancery Order Book, and that is from a decree in partition proceedings in which numerous parties are interested, who are not named in the appeal, will be dismissed.

Appealed from Circuit Court for Hernando County; W. S. Bullock, Judge.

Appeal dismissed.

*Strauss L. Lloyd,* for Appellant;

No appearance for Appellee.

PER CURIAM.—It appearing to the court that the appeal herein was entered in the court Minute Book and not in the Chancery Order Book, and further that it is from a decree in partition proceedings in which numerous parties are interested who are not named in the appeal, and that this court is therefore without jurisdiction of the parties against whom the appeal is sought to be taken, it is ordered that the appeal be dismissed.